# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| Amy Muccie, on behalf of her minor daughter, K.J.,<br><br>Plaintiff,<br><br>vs.<br><br>Paul Dailey, Margaret Leary Elementary School, Butte School District No 1, and John Doe Defendants 1-50,<br><br>Defendants. | Case No. CV-20-66-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL** |

Upon motion of Defendant, Paul Dailey, no objection from Plaintiff, and good cause appearing therein,

IT IS HEREBY ORDERED that *Declaration of Dave Dalthorp (*Doc. 21) and *Exhibits* (Doc. 22) be filed under seal. The Clerk is directed to seal these documents.

DATED this 22nd day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court